UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-3133**

Case Title: **Ohio Telecom Association** vs. **FCC, et al.**

List all clients you represent in this appeal:

**ACA Connects – America's Communications Association; Competitive Carriers Association; NTCA – The Rural Broadband Association; WISPA – The Association for Broadband Without Boundaries; WTA – Advocates for Rural Broadband**

☐ Appellant　　☐ Petitioner　　☒ Amicus Curiae　　☐ Criminal Justice Act
☐ Appellee　　☐ Respondent　　☐ Intervenor　　　　　　(Appointed)

☒ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Craig E. Gilmore**　　Signature: s/ **Craig E. Gilmore**

Firm Name: **Wilkinson Barker Knauer, LLP**

Business Address: **1800 M Street NW, Suite 800N**

City/State/Zip: **Washington, DC 20036**

Telephone Number (Area Code): **(202) 783-4141**

Email Address: **cgilmore@wbklaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---