UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: __24-3133__

Case Title: __Ohio Telecom Association__ vs. __Federal Communications Commission__

List all clients you represent in this appeal:

**Electronic Privacy Information Center**

☐ Appellant ☐ Petitioner ☑ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: __Alan Butler__ Signature: s/ __Alan Butler__

Firm Name: __Electronic Privacy Information Center__

Business Address: __1519 New Hampshire Ave NW__

City/State/Zip: __Washington, DC 20036__

Telephone Number (Area Code): __202-483-1140__

Email Address: __butler@epic.org__

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

6ca-68
8/17