**Nos. 24-3133, 24-3206, 24-3252**

# In the United States Court of Appeals for the Sixth Circuit

---

OHIO TELECOM ASSOCIATION; TEXAS ASSOCIATION OF BUSINESS; CTIA—THE WIRELESS ASSOCIATION; NCTA—THE INTERNET & TELEVISION ASSOCIATION; USTELECOM—THE BROADBAND ASSOCIATION, *Petitioners*,

HAMILTON RELAY, INC., *Intervenor*,

*v.*

FEDERAL COMMUNICATIONS COMISSION; UNITED STATES OF AMERICA, *Respondents*.

---

*ON APPEAL FROM A FINAL ORDER BY THE FEDERAL COMMUNICATIONS COMISSION*

---

**CONSENT MOTION OF U.S. SENATOR ERIC S. SCHMITT, U.S. REPRESENTATIVE SCOTT FITZGERALD, AND 22 OTHER MEMBERS TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF REHEARING EN BANC**

---

                                        TRENT MCCOTTER
                                        SEPARATION OF POWERS CLINIC
                                        COLUMBUS SCHOOL OF LAW
                                        THE CATHOLIC UNIVERSITY OF
                                              AMERICA
                                        3600 John McCormack Rd.
                                        Washington, DC 20064
                                        (202) 706-5488
                                        mccotter@cua.edu
                                        Counsel for *Amici Curiae*

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations and Financial Interest

Sixth Circuit
Case Number: 24-3133 et al.     Case Name: Ohio Telecom Assn et al. v. FCC

Name of counsel: Trent McCotter

Pursuant to 6th Cir. R. 26.1, [see attached list]
*Name of Party*
makes the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation? If Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

   No

2. Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome? If yes, list the identity of such corporation and the nature of the financial interest:

   No

## CERTIFICATE OF SERVICE

I certify that on    Oct. 6, 2025    the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/Trent McCotter

This statement is filed twice: when the appeal is initially opened and later, in the principal briefs, immediately preceding the table of contents. See 6th Cir. R. 26.1 on page 2 of this form.

## LIST OF *AMICI CURIAE*

### United States Senate

Eric S. Schmitt (Missouri)

Thom Tillis (North Carolina)

Pete Ricketts (Nebraska)

Ted Budd (North Carolina)

Joni Ernst (Iowa)

Steve Daines (Montana)

Rand Paul (Kentucky)

Cynthia Lummis (Wyoming)

Mike Lee (Utah)

John Curtis (Utah)

Ted Cruz (Texas)

Marsha Blackburn (Tennessee)

Deb Fischer (Nebraska)

### United States House of Representatives

Scott Fitzgerald

Harriet Hageman

Derek Schmidt

Richard Hudson

H. Morgan Griffith

Ben Cline

Earl L. "Buddy" Carter

Lance Gooden

Michael Baumgartner

Kat Cammack

August Pfluger

A coalition of twenty-four members of Congress, led by U.S. Senator Eric S. Schmitt and U.S. Representative Scott Fitzgerald, respectfully moves for leave to file the attached brief as *amici curiae* in support of rehearing.

As members of Congress, *Amici* have a direct interest in the proper interpretation of the Congressional Review Act, which helps preserve legislative primacy and separation of powers. Congress rarely exercises its powers under the CRA, but when it does so, it acts as strong medicine to nullify each and every constituent rule within the targeted regulation, which also bars the agency from issuing a substantially similar rule in the future. This power would be meaningless if the agency could simply reissue the same rule piece-meal—but that is precisely what the majority opinion held. Because the matter is of exceptional importance to the separation of powers, this Court should grant rehearing.

All parties consent to this requested relief. *Amici* respectfully request that the Court grant leave to file their attached brief.

Respectfully submitted,

/s/ Trent McCotter
TRENT MCCOTTER
Separation of Powers Clinic
SEPARATION OF POWERS CLINIC
COLUMBUS SCHOOL OF LAW
THE CATHOLIC UNIVERSITY OF
  AMERICA
3600 John McCormack Rd.
Washington, DC 20064
(202) 706-5488
mccotter@cua.edu
Counsel for *Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, an electronic copy of the foregoing brief was filed with the Clerk of Court for the United States Court of Appeals for the Sixth Circuit using the appellate CM/EFC filing system and that service will be accomplished using the appellate CM/ECF system.

/s/ Trent McCotter

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the typeface requirements of Rule 32(a)(5) and the typestyle requirements of Rule 32(a)(6) because this brief was prepared in 14-point Century School, a proportionally spaced typeface, using Microsoft Word. Fed. R. App. P. 29(a), 32(g)(1). This motion complies with the type-volume limitation of Rule 27(d)(2)(A) because it contains 166 words, excluding the parts exempted under Rule 32(f).

/s/ Trent McCotter