Nos. 24-3133, 24-3206, 24-3252

# In the United States Court of Appeals for the Sixth Circuit

———————

OHIO TELECOM ASSOCIATION; TEXAS ASSOCIATION OF BUSINESS; CTIA – THE WIRELESS ASSOCIATION; NCTA – THE INTERNET & TELEVISION ASSOCIATION; USTELCOM – THE BROADBAND ASSOCIATION,

*Petitioners*,

HAMILTON RELAY, INC.,

*Intervenor,*

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA,

*Respondents.*

———————

On Petition for Rehearing En Banc of Review of an Order of the Federal Communications Commission

———————

## MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* OF MICHAEL A. FRAGOSO IN SUPPORT OF PETITION FOR REHEARING EN BANC

———————

Cody L. Reaves*
Matt J. Bendisz
Peter Lee Hamilton
TORRIDON LAW PLLC
801 17th Street, N.W., Suite 1100
Washington, D.C. 20006
Tel: (202) 249-6900
creaves@torridonlaw.com
*Counsel of Record*

*Counsel for Proposed Amicus Curiae*

Pursuant to Federal Rule of Appellate Procedure 29(b), Proposed *Amicus* Michael A. Fragoso moves for leave to file an amicus brief in support of rehearing of the panel's decision. A copy of the proposed brief is attached to this motion.

Michael A. Fragoso is a partner at Torridon Law PLLC. He previously served a senior staff member in the United States Senate for nearly a decade, ultimately serving as chief counsel to the Senate Republican Leader, Mitch McConnell (R-Kentucky), from 2021 until 2025. From August 2015 until February 2018, Proposed *Amicus* was counsel and later chief counsel to the Senate Judiciary Committee's Subcommittee on Privacy, Technology, and the Law (Privacy Subcommittee) under the leadership of then-Chairman Jeff Flake (R-Arizona). Chairman Flake was the sponsor of S.J. Res. 34, the congressional resolution of disapproval of the Federal Communications Commission (FCC)'s Privacy Rule, "Protecting the Privacy of Customers of Broadband and Other Telecommunications Services," 81 Fed. Reg. 87274 (Dec. 2, 2016). Chairman Flake introduced S.J. Res. 34 following over a year of oversight by the Privacy Subcommittee regarding the proposed FCC rulemaking.

As chief counsel to Chairman Flake and the Privacy Subcommittee, *amicus* was responsible both for drafting the resolution of disapproval itself and managing the process of its eventual enactment. He had previously orchestrated the Privacy Subcommittee's oversight of the FCC's activity, including comments on the proposed rulemaking, oversight letters to then-Chairman Tom Wheeler, and an oversight hearing of both the FCC and Federal Trade Commission (FTC). Because of these experiences, Proposed *Amicus* has unique knowledge about the drafting and passage of S.J. Res. 34, which bears directly on the panel opinion's assertions about its drafting and legislative history.

## CONCLUSION

For the foregoing reasons, Michael A. Fragoso respectfully requests that the Court grant his motion for leave to file the proposed brief *amicus curiae*.

October 6, 2025

Respectfully submitted,

/s/ *Cody L. Reaves*

Cody L. Reaves*
Matt J. Bendisz
Peter Lee Hamilton
TORRIDON LAW PLLC
801 17th Street, N.W., Suite 1100

Washington, D.C. 20006
Tel: (202) 249-6900
creaves@torridonlaw.com
mbendisz@torridonlaw.com
phamilton@torridonlaw.com
*Counsel of Record*

*Counsel for Proposed Amicus Curiae*

## **CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 303 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f) and Circuit Rule 32(b)(1).

This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)–(6) because it has been prepared in a proportionally spaced typeface using the Microsoft Word 2016 word processing system in 14-point Century Schoolbook font.

/s/ *Cody L. Reaves*
Cody L. Reaves

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused the foregoing to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system on October 6, 2025. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Cody L. Reaves*
Cody L. Reaves