# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| OHIO TELECOM ASSOCIATION; TEXAS ASSOCIATION OF BUSINESS; CTIA – THE WIRELESS ASSOCIATION; NCTA – THE INTERNET & TELEVISION ASSOCIATION; USTELECOM – THE BROADBAND ASSOCIATION, <br><br>*Petitioners*, <br><br>HAMILTON RELAY, INC., <br><br>*Intervenor*, <br><br>v. <br><br>FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA, <br><br>*Respondents*. | Nos. 24-3133, 24-3206, 24-3252 |

On Petitions for Review of an Order of
the Federal Communications Commission

## STATUS REPORT

Pursuant to the Court's October 7, 2025, order holding this case in abeyance pending the Commission's review of the challenged order, the Federal Communications Commission respectfully submits this status report.

The Commission's review of the challenged rule remains ongoing. Accordingly, it remains appropriate to continue to hold this case in abeyance.

Dated:  February 18, 2026

Respectfully submitted,

/s/  *Adam L. Sorensen*

D. Adam Candeub
  *General Counsel*

Jacob M. Lewis
  *Associate General Counsel*

Adam L. Sorensen
  *Counsel*

FEDERAL COMMUNICATIONS
  COMMISSION
45 L Street NE
Washington, DC 20554
(202) 418-1740
fcclitigation@fcc.gov

*Counsel for Respondent Federal
  Communications Commission*

## CERTIFICATE OF COMPLIANCE

Certificate of Compliance With Type-Volume Limitation,
Typeface Requirements and Type Style Requirements

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

   ☒ this document contains <u>51</u> words, *or*

   ☐ this document uses a monospaced typeface and contains _____ lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

   ☒ this document has been prepared in a proportionally spaced typeface using <u>Microsoft Word for Office 365</u> in <u>14-point Century Schoolbook</u>, *or*

   ☐ this document has been prepared in a monospaced spaced typeface using _____ with _____.

    /s/ *Adam L. Sorensen*
    Adam L. Sorensen
    *Counsel for Respondent*
    *Federal Communications Commission*

## CERTIFICATE OF FILING AND SERVICE

I, Adam L. Sorensen, hereby certify that on February 18, 2026, I filed the foregoing Status Report with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit using the electronic CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Adam L. Sorensen*

Adam L. Sorensen
*Counsel*

Federal Communications Commission
Washington, D.C. 20554
(202) 418-1740