Nos. 24-3133/3206/3252

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

OHIO TELECOM ASSOCIATION (24-3133); TEXAS)
ASSOCIATION OF BUSINESS (24-3206); CTIA–THE)
WIRELESS ASSOCIATION, and USTELECOM–THE)
BROADBAND ASSOCIATION (24-3252),                )

    Petitioners,                                                     )      O R D E R

                                                                      )

HAMILTON RELAY, INC.                                    )
                                                                      )

    Intervenor,                                                     )

                                                                      )

v.                                                                      )
                                                                      )

FEDERAL COMMUNICATIONS COMMISSION;       )
UNITED STATES OF AMERICA                         )

    Respondents.                                                  )

BEFORE:  GRIFFIN, STRANCH, AND MATHIS, Circuit Judges.

The Court accepts the April 17, 2026, status report filed by Respondents indicating the Commission's review of the rule remains ongoing.  However, the parties are advised that the court will not continue the abeyance beyond June 17, 2026.  If the Commission's review of the challenged rule is not finalized by June 17, the clerk shall remove the case from abeyance and return it to the active en banc docket.  If the case is returned to the active en banc docket, the Commission shall file a response to the petition for rehearing no later than July 2, 2026.

**ENTERED BY ORDER OF THE COURT**

_____
Kelly L. Stephens, Clerk