# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

OHIO TELECOM ASSOCIATION; TEXAS ASSOCIATION OF BUSINESS; CTIA – THE WIRELESS ASSOCIATION; NCTA – THE INTERNET & TELEVISION ASSOCIATION; USTELECOM – THE BROADBAND ASSOCIATION,

    *Petitioners*,

HAMILTON RELAY, INC.,

    *Intervenor*,

      v.

FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA,

    *Respondents*.

Nos. 24-3133, 24-3206, 24-3252

On Petitions for Review of an Order of
the Federal Communications Commission

## STATUS REPORT

Pursuant to the Court's October 7, 2025 order placing this case in abeyance, and its May 7, 2026 order advising the parties "that the court will not continue the abeyance beyond June 17, 2026," the Federal Communications Commission respectfully submits this final status report.

The Commission's review of the challenged rule remains ongoing. However, the agency will be unable to finalize its review by June 17. Accordingly, the Commission understands that the case will be returned to the active en banc docket, and that a response to the petition for rehearing will be due July 2, 2026.

Dated:  June 16, 2026                    Respectfully submitted,

                                         /s/  *Adam L. Sorensen*

                                         D. Adam Candeub
                                            *General Counsel*

                                         Jacob M. Lewis
                                            *Associate General Counsel*

                                         Adam L. Sorensen
                                            *Counsel*

                                         FEDERAL COMMUNICATIONS
                                            COMMISSION
                                         45 L Street NE
                                         Washington, DC 20554
                                         (202) 418-1740
                                         fcclitigation@fcc.gov

                                         *Counsel for Respondent Federal
                                            Communications Commission*

## CERTIFICATE OF COMPLIANCE

Certificate of Compliance With Type-Volume Limitation,
Typeface Requirements and Type Style Requirements

1.  This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

    ☒    this document contains <u>83</u> words, *or*

    ☐    this document uses a monospaced typeface and contains <u>    </u> lines of text.

2.  This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

    ☒    this document has been prepared in a proportionally spaced typeface using <u>Microsoft Word for Office 365</u> in <u>14-point Century Schoolbook</u>, *or*

    ☐    this document has been prepared in a monospaced spaced typeface using <u>    </u> with <u>    </u>.

/s/ *Adam L. Sorensen*
Adam L. Sorensen
*Counsel for Respondent*
*Federal Communications Commission*

- 3 -

## CERTIFICATE OF FILING AND SERVICE

I, Adam L. Sorensen, hereby certify that on June 16, 2026, I filed the foregoing Status Report with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit using the electronic CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

<u>*/s/ Adam L. Sorensen*</u>

Adam L. Sorensen
*Counsel*

Federal Communications
Commission
Washington, D.C.  20554
(202) 418-1740