Nos. 24-3133/3206/3252

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Jul 13, 2026
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| OHIO TELECOM ASSOCIATION (24-3133); TEXAS ASSOCIATION OF BUSINESS (24-3206); CTIA–THE WIRELESS ASSOCIATION, NCTA–THE INTERNET & TELEVISION ASSOCIATION, and USTELECOM–THE BROADBAND ASSOCIATION (24-3252), ) ) ) ) ) ) ) | |
| Petitioners, ) ) | O R D E R |
| HMILTON RELAY, INC., ) ) | |
| Intervenor, ) ) | |
| v. ) ) | |
| FEDERAL COMMUNICATIONS COMMISSION, UNITED STATES OF AMERICA, ) ) ) | |
| Respondents. ) | |

**BEFORE:** GRIFFIN, STRANCH, and MATHIS, Circuit Judges.

This is to advise that the court has granted petitioners' motion for leave to file a reply in support of the petition for rehearing en banc.

**ENTERED BY ORDER OF THE COURT**

*Kelly L. Stephens*

Kelly L. Stephens, Clerk