# Appearance of Counsel

Appeal No.: **24-3133**

Case Title: **Ohio Telecom** vs. **FCC**

List all clients you represent in this appeal:

**Iowa and the coalition of Amici States**

☐ Appellant     ☐ Petitioner     ☑ Amicus Curiae     ☐ Criminal Justice Act
☐ Appellee     ☐ Respondent     ☐ Intervenor          (Appointed)

☐ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Eric H. Wessan**     Signature: s/ **Eric H. Wessan**

Firm Name: **Iowa Attorney General**

Business Address: **1305 E. Walnut Street**

City/State/Zip: **Des Moines, Iowa 50319**

Telephone Number (Area Code): **515-823-9117**

Email Address: **eric.wessan@ag.iowa.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17