**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

KELLY L. STEPHENS                                                    Tel.   (513) 564-7000
    CLERK                                                         www.ca6.uscourts.gov

July 31, 2026

Mr. Roman Martinez
Ms. Jennifer Tatel
Mr. Adam Sorensen
Ms. Yixi Cheng

              RE:    Case Nos. 24-3133/24-3206/24-3252
                    *Ohio Telecom Association, et al. v. FCC, et al.*

Dear Counsel:

The court issued an order today granting petitions of petitioners and intervenor for rehearing en banc of the decision in the above-captioned appeals.

This case will be argued before the en banc court on **Wednesday, October 21, 2026**.   In order to facilitate review by the full court, it will be necessary for the parties to file supplemental briefs in support of their respective positions.  The petitioners and intervener shall file their supplemental briefs not later than **Monday, August 31, 2026**.  The respondents shall file their supplemental brief not later than **Wednesday, September 30, 2026**.  The supplemental briefs shall not exceed twenty-five (25) pages.  Should the petitioners and intervenor wish to file reply briefs, not to exceed twelve (12) pages, they are due not later than **Monday, October 12, 2026.**

No extensions will be granted.

                    Very truly yours,

                    Kelly L. Stephens
                    Clerk

bh

cc:    Mr. Matthew Brill
       Ms. Christina Rose Gay
       Mr. Matthew Murchison
       Ms. Sarah Citrin
       Mr. Jacob M. Lewis

Mr. Andrew DeLaney
Mr. Robert B. Nicholson
Mr. Craig Edward Gilmore
Mr. Trent McCotter
Mr. John Anderson Jung
Mr. Alan Jay Butler
Mr. Thomas Arthur Berry
Mr. Zachary Robert Morgan
Mr. Cody L. Reaves
Mr. James R. Wedeking
Mr. John Anderson Jung
Mr. Eric H. Wessan
Mr. Craig Edward Gilmore