**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

| | |
|---|---|
| OHIO TELECOM ASSOCIATION; TEXAS ASSOCIATION OF BUSINESS; CTIA – THE WIRELESS ASSOCIATION; NCTA – THE INTERNET & TELEVISION ASSOCIATION; USTELECOM – THE BROADBAND ASSOCIATION,<br>*Petitioners*,<br>HAMILTON RELAY, INC.,<br>*Intervenor*,<br>v.<br>FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA,<br>*Respondents*. | Nos. 24-3133, 24-3206, and 24-3252 |

On Petitions for Review of an Order of
the Federal Communications Commission

**AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE'S MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PETITIONERS**

Pursuant to Federal Rule of Appellate Procedure 29(a), American Free Enterprise Chamber of Commerce ("AmFree") hereby moves for leave to file an *amicus curiae* brief in support of Petitioners.

**Identity of *Amicus Curiae***. AmFree is a 501(c)(6) organization that represents hard-working entrepreneurs and businesses across all sectors of the

American economy. Its members are vitally interested in reducing unnecessary, costly, burdensome, and duplicative regulations imposed on American businesses.

**Interest of *Amicus Curiae*.** AmFree is interested in this action because, if allowed to stand, the Panel majority's interpretation of the Congressional Review Act provides a pathway for agencies to impose unnecessary, overly burdensome, and unduly costly regulations on American businesses *even after* Congress has acted to expressly disapprove of them. AmFree and its members seek certainty in regulatory outcomes so they may effectively plan for future growth and investment. Allowing agencies to re-impose onerous, unlawful, and expensive regulations on businesses, even after Congress and the President have enacted disapproval resolutions, robs AmFree's members of that certainty and diverts the legislative power from a politically accountable Congress to politically-insulated agencies.

AmFree's *amicus curiae* brief would solely address the Panel majority's interpretation of the Congressional Review Act, an extremely important Congressional tool for supervising the regulatory power of Executive Branch agencies. Because Congress typically uses the Congressional Review Act to disapprove the most complex and burdensome rules, it is rarely used and there is a dearth of caselaw to examine when interpreting the statute. AmFree's participation will provide guidance on the best interpretation of the Act's rarely examined re-issuance clause at 5 U.S.C. § 801(b)(2) and the definition of a "rule" for purposes of

the Congressional Review Act.

## CONCLUSION

For the foregoing reasons, the Court should grant the motion for leave.

Dated: September 9, 2026

Respectfully submitted,

/s/ James R. Wedeking

Michael Buschbacher
James R. Wedeking
BOYDEN GRAY PLLC
800 Connecticut Avenue NW
Suite 900
Washington, DC 20006
(202) 955-0620
mbuschbacher@boydengray.com
jwedeking@boydengray.com

*Counsel for Amicus Curiae American Free Enterprise Chamber of Commerce*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), the undersigned certifies that this motion:

(i) complies with the type-volume limitation in Federal Rule of Appellate Procedure 27(d)(2)(a) because it contains 288 words; and

(ii) complies with the typeface requirements of Federal Rule of Appellate Procedure 27(d)(1)(e) and the type style requirements of Federal Rule of Appellate Procedure 27(d)(1)(e) because this motion has been prepared in a proportionally spaced typeface using Microsoft Office Word in 14-point Times New Roman.

Dated: September 9, 2026

/s/ James R. Wedeking
James R. Wedeking

## CERTIFICATE OF SERVICE

I certify that on September 9, 2026, I filed a copy of this motion with the Clerk of the Court for the Sixth Circuit Court of Appeals through the Court's CM/ECF system, which will serve counsel of record for all parties.

Dated: September 9, 2026

/s/ James R. Wedeking
James R. Wedeking