Nos. 24-3133/3206/3252

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Oct 7, 2026
KELLY L. STEPHENS, Clerk

OHIO TELECOM ASSOCIATION (24-3133);
TEXAS ASSOCIATION OF BUSINESS (24-3206);
CTIA–THE WIRELESS ASSOCIATION, NCTA–
THE INTERNET & TELEVISION ASSOCIATION,
and USTELECOM–THE BROADBAND
ASSOCIATION (24-3252),

Petitioners,

HAMILTON RELAY, INC.,

Intervenor,

v.

FEDERAL COMMUNICATIONS COMMISSION,
UNITED STATES OF AMERICA,

Respondents.

O R D E R

Upon consideration of the motion of Institute for Policy Integrity at New York University School of Law for leave to file an amicus curiae brief in support of respondents,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk