**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov


**IMPORTANT NOTICE**
**EN BANC REHEARING**

Filed: October 8, 2026

Mr. Roman Martinez
Latham & Watkins
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004

Mr. Adam Sorensen
Federal Communications Commission
45 L Street, N.E., Eighth Floor
Washington, DC 20554

Re: 24-3133, *Ohio Telecom Association v. FCC, et al*
24-3206, *Texas Association of Business v. FCC, et al*
24-3252, *CTIA - The Wireless Association, et al v. FCC, et al*

Dear Counsel,

Your case is scheduled to be argued before the En Banc court at **1:30 p.m. (Eastern Time) on Wednesday, October 21, 2026** in Cincinnati, Ohio. Please report to the Clerk's Office, Room 540 in the Potter Stewart U.S. Courthouse, at the corner of 5th and Main Streets in Cincinnati, no later than **1:00 p.m.** Court will convene at 1:30 p.m. Oral argument will be limited to 20 minutes per side.

Please complete the following immediately, if applicable:

(1) Should pertinent and significant authorities, not cited in your brief, come to your attention, you should promptly advise the clerk by letter, with a copy to all counsel. This letter should be filed electronically. Each citation should include, without argument, a one-line statement of the subject matter of the case and a reference to the issue number to which the citation relates.

(2) Inform us if you have knowledge of the same or similar issues before the court in any other pending cases.

**Please download the Argument Acknowledgment form from the website and file it via CM/ECF by close-of-business on Tuesday, October 13, 2026.**

If you have any questions, please contact me for assistance.

Sincerely yours,

s/Lance A. Gifford
Senior Calendar Deputy

cc: Mr. Thomas Arthur Berry
Mr. Matthew Brill
Mr. Alan Jay Butler
Ms. Yixi Cheng
Ms. Sarah Citrin
Mr. Andrew DeLaney
Ms. Sommer H. Engels
Ms. Christina Rose Gay
Mr. Craig Edward Gilmore
Mr. John Anderson Jung
Mr. Jacob M. Lewis
Mr. Trent McCotter
Mr. Zachary Robert Morgan
Mr. Matthew Murchison
Mr. Scott Lawrence Nelson
Mr. Robert B. Nicholson
Mr. Cody L. Reaves
Mr. Max Sarinsky
Ms. Jennifer Tatel
Mr. James R. Wedeking
Mr. Eric H. Wessan
Ms. Allison M. Zieve